**BURSOR & FISHER, P.A.**
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'25CV1840 BAS SBC

| | |
|---|---|
| DAVID KAAUWAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECRET INDUSTRIES PTY LTD. d/b/a FATSECRET,<br><br>Defendant. | **CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

Plaintiff David Kaauwai ("Plaintiff") brings this action on behalf of himself and all others similarly situated against Defendant Secret Industries Pty Ltd. d/b/a FatSecret ("Defendant" or "FatSecret"). Plaintiff makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to the allegations specifically pertaining to himself, which are based on personal knowledge.

## NATURE OF THE ACTION

1. Defendant FatSecret owns and operates a mobile application called Calorie Counter by FatSecret (the "App"). The App allows users to track their calorie intake, diet goals, weight, and fitness levels as well as interact with other users of the App by commenting on their activities or interacting in a discussion forum.

2. Defendant FatSecret owns and operates a web-accessible version of the Calorie Counter application (the "Web App"). The functionality of the Web App is largely identical to the App, with the exception that the discussion forum is not available on the Web App.

3. Unbeknownst to users of the App, including Plaintiff, FatSecret aids, agrees with, employs, and otherwise permits third parties such as CleverTap and RudderStack (referred to together as the "Third Parties") to intercept and record communications sent and received by Plaintiff and Class Members, including personal health information, in real time. The Third Parties, which are separate and distinct entities from the parties to these communications, eavesdrop upon and record the communications on the App without consent from all parties to the communications.

4. Plaintiff brings this action to prevent FatSecret from further violating the privacy rights of California residents, and to recover statutory damages from FatSecret for failing to comply with the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631 and 632.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d) because this is a class action where there are more than 100 members and the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest, fees, and costs, and at least one member of the putative Class is a citizen of a state different from Defendant.

6.    The Court has personal jurisdiction over FatSecret pursuant to Fed. R. Civ. P. 4(k)(2) because FatSecret has purposefully availed itself of the laws and benefits of doing business in California, and Plaintiff's claims arise out of FatSecret's forum-related activities toward Plaintiff in California. *See Briskin v. Shopify, Inc.*, 87 F.4th 404 (9th Cir. 2023). First, FatSecret hosts its services in the United States and makes the App available to users in California.[1]   Defendant also contracts with RudderStack Inc., a third party at issue in this case, who is headquartered in California. Thus, Defendant has availed itself of the privilege of doing business in California. Further, Plaintiff and Class Members were harmed in California because that is where the Third Parties—as designed by FatSecret —intercepted communications by Plaintiff and Class Members.

7.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the events giving rise to this action occurred in this District. Specifically, Plaintiff was unlawfully recorded by the Third Parties—as enabled by FatSecret—in this District.

## PARTIES

### I.    PLAINTIFF

8.    Plaintiff David Kaauwai is a citizen of the State of California over the age of 18, and lives in San Diego, California with an intent to remain there.  At all relevant

---

[1] PRIVACY POLICY, FATSECRET, https://www.fatsecret.com/Home.aspx?pa=privd&l=en (last accessed Jul. 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

times, Plaintiff accessed, used, and communicated with the App while in California. Plaintiff used an Android phone.

9. Plaintiff first downloaded the App in January, 2023. Since then, and as recently as March, 2025, Plaintiff input information regarding his diet and fitness level into the App. ("Health Information").

10. FatSecret enabled the Third Parties to intercept his communications with the App, including communications related to his weight, height, diet, health goals, activity level, etc. The Third Parties were also enabled by FatSecret to obtain Plaintiff's personally identifiable information ("PII"), including his name, email, phone number, gender, and birthdate.

11. At all relevant times, Plaintiff never consented to, agreed to, or otherwise permitted FatSecret to disclose or otherwise allow access to his PII and Health Information to third parties, including to CleverTap and RudderStack.

12. FatSecret never gave Plaintiff the opportunity to prevent the disclosure of his PII and Health Information to the Third Parties.

13. Pursuant to the systematic process described herein, FatSecret assisted the Third Parties with intercepting and recording Plaintiff's protected communications on the App without his consent, including those that contained PII and Health Information.

## II. DEFENDANT

14. Defendant Secret Industries Pty, Ltd. d/b/a FatSecret is an Australia-based corporation with its principal place of business at Level 1, 1B Cromwell Street, Caulfield North, 3161, Victoria, Australia. FatSecret operates in over 56 countries and provides the App to users throughout the United States, including in California.[2]

---

[2] OUR INTERNATIONAL SITES, FATSECRET, https://foods.fatsecret.com/Default.aspx?pa=sites (last accessed Jul. 10, 2025); ELEVATE YOUR APP WITH THE LARGEST GLOBAL FOOD AND NUTRITION API, FATSECRET, https://platform.fatsecret.com/platform-api (last accessed Jul. 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

15. FatSecret offers multiple services including a "Nutrition API", "Food Search", and a "Weight Loss App" known as "Calorie Counter".[3] The Nutrition API provides data to over 35,000 developers worldwide including large corporations such as Amazon, Inc. and Nestlé S.A.[4] FatSecret describes itself as the "largest global food and nutrition database" for the development of "diet, nutrition and health solutions."[5]

## FACTUAL ALLEGATIONS

## III. OVERVIEW OF THE LAW

### A. CALIFORNIA INFORMATION PRIVACY ACT

16. The California Information Privacy Act ("CIPA"), Cal. Penal Code § 630, *et seq.*, prohibits aiding or permitting another person to willfully—and without the consent of all parties to a communication—read or learn the contents or meaning of any message, report, or communication while the same is in transit or passing over any wire, line, or cable, or is being sent from or received at any place within California.

17. To establish liability under Cal. Penal Code § 631(a), a plaintiff need only establish that the defendant, "by means of any machine, instrument, contrivance, or in any other manner," does any of the following:

Intentionally taps, or makes any unauthorized connection, whether physically, electrically, acoustically, inductively or otherwise, with any telegraph or telephone wire, line, cable, or instrument, including the wire, line, cable, or instrument of any internal telephonic communication system,

Or

Willfully and without the consent of all parties to the communication, or in any unauthorized manner, reads or attempts to read or learn the contents or meaning of any

---

[3] FATSECRET, https://www.fatsecret.com/ (last accessed Jul. 10, 2025).
[4] FATSECRET PLATFORM API FOR FOOD AND NUTRITION DATA, FATSECRET, https://platform.fatsecret.com/ (last accessed Jul. 10, 2025).
[5] *Id.*

4

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

message, report, or communication while the same is in transit or passing over any wire, line or cable or is being sent from or received at any place within this state,

Or

Uses, or attempts to use, in any manner, or for any purpose, or to communicate in any way, any information so obtained,

Or

Aids, agrees with, employs, or conspires with any person or persons to unlawfully do, or permit, or cause to be done any of the acts or things mentioned above in this section.

18.    Section 631(a)'s applicability is not limited to phone lines, but also applies to "new technologies" such as computers, the internet, and email. *See Matera v. Google Inc.*, 2016 WL 8200619, at *21 (N.D. Cal. Aug. 12, 2016) (CIPA applies to "new technologies" and must be construed broadly to effectuate its remedial purpose of protecting privacy); *Bradley v. Google, Inc.*, 2006 WL 3798134, at *5-6 (N.D. Cal. Dec. 22, 2006) (CIPA governs "electronic communications"); *In re Facebook, Inc. Internet Tracking Litigation*, 956 F.3d 589 (9th Cir. 2020) (reversing dismissal of CIPA and common law privacy claims based on Facebook's collection of consumers' internet browsing history).

19.    As part of the Invasion of Privacy Act, the California Legislature additionally introduced Cal. Penal Code § 632(a) , which prohibits any person or entity from "intentionally and without the consent of all parties to a confidential communication, us[ing] an electronic amplifying or recording device to eavesdrop upon or record [a] confidential communication."

20.    A "confidential communication" for the purposes of CIPA § 632 is "any communication carried on in circumstances as may reasonably indicate that any party

5

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

to the communication desires it to be confined to the parties thereto." Cal. Penal Code § 632(c) .

21.    Individuals may bring an action against the violator of CIPA §§ 631 and 632.  Under Cal. Penal Code § 637.2, Plaintiff and Class Members may seek injunctive relief and statutory damages of $5,000 per violation.

## IV.    OVERVIEW OF DEFENDANT'S APP

### A.    THE CALORIE COUNTER APP

22.    FatSecret "empower[s] millions of people to achieve their weight loss goals with our digital health solutions."[6] It offers multiple services including a "Nutrition API", "Food Search", and the App in question here, its "Weight Loss App" also known as "Calorie Counter", only the last of which is at issue here.

23.    The App allows users to "[t]rack [their] meals, monitor [their] progress, and achieve [their] weight loss goals with [FatSecret's] app for iOS and Android."[7] FatSecret describes that users can "connect with a supportive community, and receive expert guidance through meal plans and educational resources. The [FatSecret] app is your companion for successful weight loss."[8]

24.    FatSecret offers the App on a variety of different platforms, including the Web App and apps on Android, iPhone, BlackBerry, and Windows phones.[9]  It describes the App as "the leading food and diet application on all [Android and iOS] devices" and "is the perfect application for keeping track of your food, exercise, and weight while on-the-go."[10]

[6] HOME PAGE, FATSECRET, https://www.fatsecret.com/ (last accessed Jul. 10, 2025).
[7] DOWNLOAD THE FATSECRET APP, FATSECRET, https://www.fatsecret.com/#download-app (last accessed Jul. 10, 2025).
[8] REACH YOUR WEIGHT LOSS GOALS, FATSECRET, https://www.fatsecret.com/#fatsecret-app (last accessed Jul. 10, 2025).
[9] MAKE THE CONNECTION WITH FATSECRET, FATSECRET, https://foods.fatsecret.com/connected (last accessed Jul. 10, 2025).
[10] *Id.*

6

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

25. Registration for an account on the app is free, and users must only agree to the Privacy Policy and provide their first name and email address to create an account.

26. Upon registering in the App, users are prompted to share their weight loss goal, gender, activity level, current weight, height, birth date, and region.

27. Information sent by users to FatSecret is intercepted and shared with Third Parties including CleverTap and RudderStack.

**B.     FATSECRET PRIVACY POLICY AND DATA HANDLING POLICIES**

28. The FatSecret Privacy Policy defines "Sensitive Data" as "Personal Data that reveals . . . genetic data, biometric data . . . , [and] health data."[11] FatSecret defines "Personal Data" as "information . . . that can be used to identify you, directly or indirectly, alone or together with other information (particularly by reference to an identifier)" and that "when the term 'Personal Data' is used in this Privacy Policy it includes 'Sensitive Data'."[12] Further, FatSecret describes users' "Personal Data such as name, age, height, gender, postcode, and email address" as well as users' "current and goal weight which . . . is considered health data and thus Sensitive Data."[13]

29. FatSecret uses "cookies" and "pixel tags" across its services.[14] Cookies are used by websites to store information about users, such as unique session identifiers, usernames or "user_id" values, and users' activity on the site among many

---

[11] PRIVACY POLICY, FATSECRET, https://www.fatsecret.com/Home.aspx?pa=privd&l=en (last accessed Jul. 10, 2025).
[12] Id.
[13] Id.
[14] Id.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

other types of data.[15]  FatSecret says it does "not link the information stored in cookies to any Personal Data [users] have submitted."[16]

30.    FatSecret's privacy policy makes no mention of which third parties it sends data to, or why.[17]

31.    Therefore, FatSecret users are not on notice, nor have they consented to FatSecret linking their identifying information with their health information.

32.    FatSecret violates the terms of its own Privacy Policy by sending user information to the Third Parties including "information stored in cookies" (e.g. user identifiers) in the same request that it sends other PII, Personal Data, Sensitive Data, and Health Information  As outlined below, FatSecret links identifying information with Sensitive Data and Health Information by including it all the same request when sharing data with CleverTap and RudderStack.

## V.    OVERVIEW OF THE THIRD PARTIES' TRACKING TECHNOLOGIES

33.    CleverTap and RudderStack wiretap the App with their respective tracking technologies which FatSecret purposefully installed on the App.

34.    The Third Parties' tracking technologies are embedded directly within the App code itself by FatSecret, but FatSecret does not alert users regarding which data will be shared, with whom, or why.

35.    The Third Parties' tracking technologies are installed within the app via Software Development Kits ("SDKs") provided by the Third Parties.  An SDK is a "collection of tools, libraries, code samples, [and] documentation . . . that developers

---

[15] WHAT ARE COOKIES USED FOR? CLOUDFLARE, https://www.cloudflare.com/learning/privacy/what-are-cookies/ (last accessed Jul. 10, 2025).
[16] PRIVACY POLICY, FATSECRET, https://www.fatsecret.com/Home.aspx?pa=privd&l=en (last accessed Jul. 10, 2025).
[17] *Id.*

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

use to build applications".[18]  SDKs "provide everything a developer needs to build or enhance an app . . . faster and more efficient[ly]."[19]  Developers can use SDKs as a shortcut, relying on code provided by a software vendor rather than building it on their own.  FatSecret implemented the CleverTap and RudderStack SDKs to secretly send users' Sensitive data and Health Information to the Third Parties and others.

36.    To implement an SDK into an application, a developer such as FatSecret must embed source code from the SDK into its own application's source code.[20] Once installed, the developer can use the SDK's tools throughout its own application to send data to the SDK's provider. See **Figures 1-2** for an example of such code being implemented.

**Figure 1:**

```java
JAVA    Kotlin

CleverTapAPI clevertapDefaultInstance = CleverTapAPI.getDefaultInstance(getApplicationContext());
```

37.    In this example from CleverTap's developer documentation, the "CleverTapAPI" is a tool included when the developer installs the CleverTap SDK.[21] This example shows the creation of a "clevertapDefaultInstance" variable using the "CleverTapAPI" tool provided by the SDK.  A developer can use this "clevertapDefaultInstance" variable in their own code to execute CleverTapAPI functions, as shown below.

---

[18] WHAT IS AN SDK?, CLEVERTAP, https://clevertap.com/blog/what-is-an-sdk/ (last accessed Jul. 10, 2025).
[19] Id.
[20] ANDROID QUICK START GUIDE, CLEVERTAP, https://developer.clevertap.com/docs/android-quickstart-guide (last accessed Jul. 10, 2025) (explaining how to install the CleverTap SDK into Android app source code).
[21] ACCESS CLEVERTAP INSTANCE, CLEVERTAP, https://developer.clevertap.com/docs/android-quickstart-guide#access-clevertap-instance (last accessed Jul. 10, 2025).

9
CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 2:**

```java
// each of the below mentioned fields are optional
HashMap<String, Object> profileUpdate = new HashMap<String, Object>();
profileUpdate.put("Name", "Jack Montana");    // String
profileUpdate.put("Identity", 61026032);      // String or number
profileUpdate.put("Email", "jack@gmail.com"); // Email address of the user
profileUpdate.put("Phone", "+14155551234");   // Phone (with the country code, starting with +)
profileUpdate.put("Gender", "M");             // Can be either M or F
profileUpdate.put("DOB", new Date());         // Date of Birth. Set the Date object to the appr
// optional fields. controls whether the user will be sent email, push etc.
profileUpdate.put("MSG-email", false);        // Disable email notifications
profileUpdate.put("MSG-push", true);          // Enable push notifications
profileUpdate.put("MSG-sms", false);          // Disable SMS notifications
profileUpdate.put("MSG-whatsapp", true);      // Enable WhatsApp notifications
ArrayList<String> stuff = new ArrayList<String>();
stuff.add("bag");
stuff.add("shoes");
profileUpdate.put("MyStuff", stuff);                      //ArrayList of Strings
String[] otherStuff = {"Jeans","Perfume"};
profileUpdate.put("MyStuff", otherStuff);                //String Array

clevertapDefaultInstance.onUserLogin(profileUpdate);
```

38.    This example from CleverTap's developer documentation shows hypothetical application code using the "clevertapDefaultInstance" from **Figure 1** to send data about a fictitious user to CleverTap.[22]  The code creates a "profileUpdate" variable, defines attributes like "Name" and "Identity", then executes the profile update with the CleverTap tool.  CleverTap's SDK documentation further explains how developers can put code like that shown in **Figures 1-2** into their own applications.

39.    A developer like FatSecret creating an application using the CleverTap SDK must intentionally write custom code with explicit instructions for it to send data to CleverTap.  As shown here, SDKs like CleverTap do not passively collect data in

---

[22] IDENTIFY USERS, CLEVERTAP, https://developer.clevertap.com/docs/android-quickstart-guide#identify-users (last accessed Jul. 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

the background of the application, they must be explicitly enabled and utilized by the developer of the application.

### A.     OVERVIEW OF THE CLEVERTAP SDK

40.    CleverTap Private Limited, f/k/a WizRocket, Inc., d/b/a CleverTap brands itself as an "All-In-One engagement platform."[23]  CleverTap develops, owns, and operates the SDK of the same name ("CleverTap SDK").

41.    Once integrated into a mobile application, the CleverTap SDK allows an app developer to, among other capabilities, "[h]arness big-data to drive targeted customer engagement through automated segments, advanced analytics and actionable intelligence," and "[t]ailor customer interactions based on demographics, prior behavioral patterns, real-time actions and recommend next best experiences."[24]

42.    CleverTap's technology gives clients such as FatSecret the capability to "[i]ngest, analyze and segment customer data" and engage users through various channels.

43.    As part of CleverTap's suite of data capabilities, a client can "[h]arness granular data over an extended" period and use CleverTap's data analytics toolkit to measure user habits and behavior based on the data provided to CleverTap.[25]  Tools like this allow customers like FatSecret to "[g]ain insights into user behavior and measure [communications] impact for informed decision making" regarding how to better monetize its users.[26]

44.    In addition to data tracking, analytics, and targeted advertising services, CleverTap offers communication tools to reach users across various channels,

---

[23] CLEVERTAP, https://clevertap.com/ (last accessed Jul 10, 2025).
[24] CRAFTING CUSTOMER LIFETIME EXPERIENCES, CLEVERTAP, https://clevertap.com/product-overview/ (last accessed Jul. 10, 2025).
[25] CUSTOMER DATA ANALYTICS, CLEVERTAP, https://clevertap.com/customer-data-and-analytics/ (last accessed Jul. 10, 2025).
[26] *Id.*

11

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

including SMS, Email, Whatsapp, in-app messaging, and surreptitious modification of the application to influence user behavior.[27]

45.     In 2022, CleverTap acquired a competitor, LeanPlum, to expand its capabilities and further "consolidate" the marketplace for marketing platforms.[28]

46.     As alleged in greater detail below, FatSecret utilizes CleverTap's SDK to send App users' PII, Sensitive Data, and Health Information to CleverTap to assist with FatSecret's targeting and monetization of its users.

### B.     OVERVIEW OF THE RUDDERSTACK SDK

47.     RudderStack, Inc. ("RudderStack") is a "data pipeline" company based in San Francisco, CA.[29]   RudderStack "build[s] the most advanced, bi-directional pipelines for your data stack" and provides the RudderStack SDK for its customers to access such tools.[30]

48.     **Data Pipelines**. RudderStack "handles every piece of data from every source and syncs it with every tool [that a company uses]."[31]   This means that it is designed to combine all of a company's data into a single blended set.  This includes data from sources such as: (1) user data from a company's own app (like FatSecret); (2) advertising data from like Facebook Ads and Criteo that may be tracking users on the company's website; (3) secure authentication data in services like Auth0; (4)

---

[27] CLEVERTAP, https://clevertap.com/ (last accessed Jul. 10, 2025); *see also* Level Up Gaming Marketing with AI-Driven Strategies, CleverTap, https://clevertap.com/blog/level-up-gaming-marketing-with-ai-driven-strategies/ (last accessed Jul. 10, 2025) (explaining how to use customer behavior to dynamically alter the product presented to the customer).

[28] Mike Butcher, *Leanplum acquired by CleverTap as retention marketing platforms consolidate*, TECHCRUNCH (May. 20, 2025), https://techcrunch.com/2022/05/20/leanplum-acquired-by-clevertap-as-retention-marketing-platforms-consolidate/ (last accessed Jul. 10, 2025).

[29] RUDDERSTACK, https://www.rudderstack.com/about/ (last accessed Jul. 10, 2025).

[30] *Id.*

[31] *Id.*

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

billing information; (5) sales data from services like Salesforce, and more.[32] RudderStack takes data from all of those sources, combines them into one data source, then feeds that combined data back into each of the original sources.  This means that ad-tracking data about a user can be shared with a sales platform, billing information about a user can be shared with an authentication service, and even user data from a company's own app can be shared with marketing and surveillance systems, among other combinations.  RudderStack provides this service so its customers can "manage [user] data integration for [their entire business] in one central platform."[33]  It is the tool moving data between all other services a company may be using.

49.    **Identity Resolution**.  RudderStack provides a solution called "Identity Resolution" which allows companies to link otherwise anonymous users across various services.[34]  Using Artificial Intelligence and Machine Learning, RudderStack generates unique profiles of users using "any combination of unique identifiers across any number [of] data sources."[35]  RudderStack breaks down its Identity Resolution solution into two main steps:

(a)    "Collecting the data" from "first-party" sources like companies' own applications and websites and other sources available via its Data Pipeline as well as "second-party" and "third-party" sources like ad platforms and purchased user behavioral data.[36]

---

[32] INTEGRATIONS DIRECTORY, RUDDERSTACK, https://www.rudderstack.com/integration/ (last accessed Jul. 10, 2025).

[33] CENTRALIZE AND CUSTOMIZE INTEGRATIONS, RUDDERSTACK, https://www.rudderstack.com/use-case/collection-integration/ (last accessed Jul. 10, 2025).

[34] BUILD TRULY COMPLETE CUSTOMER PROFILES, RUDDERSTACK, https://www.rudderstack.com/use-case/identity-resolution-alt-11-24/ (last accessed Jul. 10, 2025).

[35] *Id.*

[36] IDENTITY RESOLUTION PLAYBOOK, RUDDERSTACK, https://web.archive.org/web/20250714153644/https://www.rudderstack.com/assets/identity-resolution-playbook-condensed.pdf ;

---

13

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

(b)    "Modeling the data into complete profiles" by linking across data points like randomly generated unique IDs, phone numbers, email addresses, names, "computed" traits combining data from a user's device, and PII about a user.[37] See **Figure 3** below:

**Figure 3:**



(c)    "Delivering business value with customer data" by using the combined PII and other user data for "improved ad targeting", "personalization", "[user] segmentation" (breaking users into groups for differentiated interactions and service), and communications.[38]

---

*see also* Soumyadeb Mitra, *The Tale of Identity Graph and Identity Resolution*, RUDDERSTACK, https://www.rudderstack.com/blog/the-tale-of-identity-graph-and-identity-resolution/ (last visited Jul. 10, 2025).

[37] *Id.*

[38] *Id.*

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

### 1. RUDDERSTACK CAPABILITIES AS COMPARED TO TRACKING PIXELS

50. Tracking Pixels are pieces of code a company can install on their website that cause other code to be installed. For example, a website may install the Facebook Pixel, which in turn installs Facebook code to monitor the website visitors' behavior.[39] When visiting a website with a tracking pixel, users can see the data being shared with third parties and can used "ad block" tools to stop them, because those processes are running on the users' own devices.[40]

51. Conversely, when an app or website sends data to a service like RudderStack, users cannot see where else their data is shared. RudderStack advertises that it can easily share user data with a large number of additional third parties, but does not provide users any way to see who those third parties are. By using RudderStack as a "middle-man" for user data, companies can send user data to unidentified third parties without users being aware. Rather than sending user data directly to third parties from users' devices—for example, using tracking pixels on websites—companies obscure what happens with users' data by using RudderStack and providing no disclosure.

52. As alleged in greater detail below, FatSecret utilize RudderStack's SDK to send App users' PII, Sensitive Data, and Health Information to RudderStack to assist with FatSecret's targeting and monetization of its users.

---

[39] *See* META PIXEL, ACCURATE EVENT TRACKING, ADVANCED, META, https://developers.facebook.com/docs/facebook-pixel/advanced/ (last accessed Oct. 20, 2023); *see also* BEST PRACTICES FOR META PIXEL SETUP, META, https://www.facebook.com/business/help/218844828315224?id=12053 76682832142 (last accessed Oct. 20, 2023).

[40] Ivan Tsarynny, *What is a Tracking Pixel?*, FEROOT SECURITY (Jun. 18, 2025), https://www.feroot.com/education-center/what-is-a-tracking-pixel/ (last visited Jul. 10, 2025).

15

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

## VI.    DEFENDANT KNOWINGLY ENABLES THIRD PARTIES TO INTERCEPT USERS' PII, SENSITIVE DATA, AND HEALTH INFORMATION

### A.    CLEVERTAP

53.    Through the CleverTap SDK, FatSecret enables CleverTap to intercept the identities, Sensitive Data, and Health Information of FatSecret's users on its App, including users' gender, birthdate, email, weight, diet goals, and progress toward those goals.

54.    When users register with and use the Calorie Counter App, they are prompted for PII, Sensitive Data, and Health Information , ostensibly to support their weight-loss goals.  Instead, using the CleverTap SDK, FatSecret enables CleverTap to intercept  users' PII, Sensitive Data, and Health Information. See below in **Figure 4**, showing a data transfer from the App to CleverTap:

16

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 4**:



55.   The  description  of  the  request  indicates  that  it  is  from "com.fatsecret.android" (the App), "outbound to api.leanplum.com" (a URL owned by CleverTap). The "POST" instruction at the top indicates that the App is sending data to api.leanplum.com (CleverTap), rather than fetching data from it.  The formatted data in the POST request includes PII, labeled above, including first_name, gender, date_of_birth, email_address, and user_name.  It also includes the user's Health Information, including diet_goal, activity_level, weight_kg_current, weight_kg_goal, weight_kg_start, and height.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

56.     Rather than utilizing anonymous unique identifiers, FatSecret opts to send complete demographic information and PII to CleverTap, its marketing platform. Rather than exclusively sharing abstracted information about user activity on the App (e.g. how often a user logs in, or which pages they visit), FatSecret opts to send the user's health information including their weight, goals, and activity level. CleverTap advertises its "Personalization" abilities to "[c]ontextualize [communications] based on real-time user actions . . . to deliver . . . meaningful customer engagement."[41] Instead of relying on "real-time user actions" to target customers, FatSecret chooses to use their weight.

## B.     RUDDERSTACK

57.     Through the RudderStack SDK, FatSecret enables RudderStack to intercept the identities, Sensitive Data, and Health Information of FatSecret's users on its App, including, but not limited to, users' activities, identifiers, and weight.

58.     When users register with and use the Calorie Counter App, they are prompted for PII, Sensitive Data, and Health Information, ostensibly to support their weight-loss goals.   Instead, using the RudderStack SDK, FatSecret enables RudderStack to intercept the identities, Sensitive Data, and health information.   See below in **Figure 5**, showing a data transfer from the App to RudderStack:

---

[41] BUILD HYPER-PERSONALIZED CUSTOMER EXPERIENCES, CLEVERTAP, https://clevertap.com/personalization/ (last visited Jul. 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 5:**

59. The description of the request indicates that it is from "com.fatsecret.android" (the App), "outbound to fatsecret-dataplane.rudderstack.com". Even though the target URL starts with "fatsecret-dataplane", it is clear the URL is owned by RudderStack given the "rudderstack.com" ending. The "POST" instruction at the top indicates that the App is sending data to fatsecret-dataplane.rudderstack.com (RudderStack), rather than fetching data from it. The formatted data in the POST request includes PII, labeled above, including the userId and messageId (an unique identifier of the request itself, which can later be linked to a user). It also includes the user's health information, including user_weight and their weight_goal activity on the App.

19

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

60.    Although the provided POST request to RudderStack includes less information than CleverTap, this does not indicate that FatSecret sends it any less data in aggregate, across all possible requests made using the RudderStack SDK. To wit, RudderStack lists CleverTap as a data source and destination for its Data Pipelines.[42]

## VII.    DEFENDANT VIOLATES USERS' TRUST AND CONFIDENTIALITY

48.    Weight loss is a sensitive and private topic for many, and Defendant's name "FatSecret" underscores this sentiment that a person's weight or "Fat" should be "Secret".[43]    In its Privacy Policy, FatSecret describes that it may use users' data for personalization and improvement of the App, that it does "not share [users'] Personal Data with any third parties without your express consent."[44]    Nowhere does it inform users that it will publish their use of the App without their consent and without notice.

49.    Despite this, FatSecret makes its list of users searchable by the general public, including by those who do not have a FatSecret login.[45]

---

[42] SEND YOUR EVENT DATA FROM RUDDERSTACK TO CLEVERTAP, RUDDERSTACK, https://www.rudderstack.com/docs/destinations/streaming-destinations/clevertap/ (last visited Jul 10, 2025); *see also* REVERSE ETL PIPELINES, RUDDERSTACK, https://www.rudderstack.com/product/reverse-etl/ (last visited Jul 10, 2025) ("Automatically sync data from your data cloud everywhere it's needed").

[43] Jake Swearingen, *This is Hands Down the Best Calorie Counter App, Except for Its Name*, NEW YORK MAGAZINE (Oct. 10, 2018), https://nymag.com/intelligencer/2018/10/the-best-calorie-counter-app-is-fatsecret-name-be-damned.html ("it made it seem like being overweight was shameful, something to be kept secret"

[44] PRIVACY POLICY, FATSECRET, https://foods.fatsecret.com/Default.aspx?pa=priv&l=en&frc=True (last visited Jul 10, 2025)

[45] COMMUNITY SEARCH, FATSECRET, https://fatsecret.com/Community.aspx?pa=mems (last visited Jul 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 6:**



50.    FatSecret does not provide an option for users to hide themselves from this search and retain their privacy in their use of the FatSecret app.   The only limitation it offers is to restrict access to specific details about a user's profile.[46]

---

[46] USER PROFILE PAGE, FATSECRET, https://fatsecret.com/Default.aspx?pa=mpro (last visited Jul 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 7:**

**Change your Preferences**

| | |
|---|---|
| Measure Weight In | Lb |
| Measure Height In | Inch |
| Show RDI | ☑ (show my RDI on my food diary and diet calendar) |
| Share My:<br>Weight, Journal & Calendar | With everyone |
| Allow Comments | ☑ (let other members comment on my weigh-ins, journals and calendar) |
| Time Zone | (GMT) Casablanca, Dublin, Edinburgh, London, Lisbon, Monrovia |

51.    Once a user is logged in, FatSecret allows them to search across all users based on their name, age, gender, and weight-loss progress.[47]  Additionally, FatSecret allows users to search for others based on their email address.[48]

---

[47] FIND PEOPLE, FATSECRET, https://fatsecret.com/Default.aspx?pa=memb (last visited Jul 10, 2025).

[48] FIND PEOPLE, FATSECRET, https://fatsecret.com/Default.aspx?pa=tyf (last visited Jul 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 8:**



CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

**Figure 9:**

Find my friends search results - Found 1 friend (1 on fatsecret)

Invite your friends to join you on fatsecret

| Select | Name | Email | Status |
|--------|------|-------|--------|
| check all \| uncheck all | | | |
| ☑ | | ro█████@gmail.com | fatsecret member |

Indicates that the email identified is already a user.    Invite

## VIII.  DEFENDANT DISCLOSES USERS' PII, SENSITIVE DATA, AND HEALTH INFORMATION FOR THE PURPOSES OF MARKETING, ADVERTISING, AND ANALYTICS

52.   Defendant FatSecret transmits the foregoing personally identifiable information and health information provided to the App to the Third Parties so that the Third Parties can help FatSecret launch marketing campaigns, target specific users with advertising, and analyze App users' data.

### A.   CLEVERTAP

53.   FatSecret sends information to CleverTap to be used for marketing and advertising.

54.   CleverTap collects data about a company's users and uses that data to build user profiles for marketing and advertising purposes.  It allows companies to "[i]ngest data f rom diverse sources like web, CRM, app, and more . . . over an extended lookback period."[49]  Companies use CleverTap to "[c]reate micro-segments based on past behavior [and] real-time actions" to improve their marketing and advertising targeting.[50]

---

[49] CUSTOMER DATA AND ANALYTICS, CLEVERTAP, https://clevertap.com/customer-data-and-analytics/ (last visited Jul 10, 2025).
[50] *Id.*

24

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

55.    Companies use such "micro-segments" to "[m]aximize ROI with AI-Powered Experimentation."[51]  CleverTap advertises that this service will "Increase Conversion Rate",[52] and "Improve Click Through Rate",[53] and "Boost Operational Efficiency".[54]  Each of these aspects directly benefit a company's profitability.

56.    FatSecret uses the CleverTap SDK to spy on its users and intercept their communications and data in the Calorie Counter app.  FatSecret sends this Sensitive Data and Health Information to CleverTap such that it may generate profiles, suggestions, and marketing campaigns to increase FatSecret's revenue and profitability.

## B.    RUDDERSTACK

57.    FatSecret similarly sends information to RudderStack to be used for marketing, advertising, and other purposes.

58.    RudderStack collects data about a company's users and uses that data to build user profiles for marketing and advertising purposes across other platforms like CleverTap.  RudderStack advertises that it can "[c]apture the customer journey in real-time, drive deeper insights, and power personalized experiences" by sending that data to additional third-parties using "16+ SDKs and over 200 integrations".[55]  Each integration is another opportunity for RudderStack to send information to a third-party out of view of the users whose data is being processed.

[51] CLEVER.AI, CLEVERTAP, https://clevertap.com/ai/ (last visited Jul 10, 2025).
[52] WHAT IS A CONVERSION RATE?, OPTIMIZELY, https://www.optimizely.com/optimization-glossary/conversion-rate/ (last visited Jul 10, 2025) (explaining a "conversion rate" as a measurement of the effectiveness of a marketing campaign at convincing users to buy something, or take some other desired action).
[53] WHAT IS CLICK-THROUGH RATE?, OPTIMIZELY, https://www.optimizely.com/optimization-glossary/click-through-rate/ (last visited Jul 10, 2025) ("the percentage of people that click on [something] they have been exposed to")
[54] CLEVER.AI, CLEVERTAP, https://clevertap.com/ai/ (last visited Jul 10, 2025).
[55] RUDDERSTACK, https://www.rudderstack.com/ (last visited Jul. 10, 2025).

25

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

59. RudderStack enables companies to "[u]se all of the data in your warehouse to solve identity resolution at the source, compute complex user traits, and build a true customer 360."[56] In effect, this allows companies to uncover the true identities of its users, infer additional sensitive data about them, and export those user profiles to other third parties. RudderStack advertises that its Identity Resolution and Data Pipelines services help companies, "streamline their workflows . . . and collaborate with stakeholders to build power data products . . . to deliver more value."[57] All of these features exist to help "[o]ptimize[] customer acquisition and revenue growth" and "[i]ncrease operational efficiency".[58]

60. RudderStack provides FatSecret the capability to build user profiles combining PII, Sensitive Data, and Health Information, and efficiently send those profiles to other third parties.

61. FatSecret intercepts users' actions on its apps to send their data to RudderStack such that FatSecret may more effectively monetize the users.

### CLASS ALLEGATIONS

62. Plaintiff seeks certification of the following class: all California residents who called downloaded and used FatSecret's mobile application while in California and whose PII, Sensitive Data, and Health Information were intercepted and recorded by CleverTap and RudderStack (the "Class").

63. Plaintiff reserves the right to modify the Class definition, including by using subclasses, as appropriate based on further investigation and discovery obtained in the case.

[56] IDENTITY RESOLUTION, RUDDERSTACK, https://www.rudderstack.com/use-case/identity-resolution/ (last visited Jul 10, 2025).
[57] Id.
[58] CUSTOMER 360 USE CASES, RUDDERSTACK, https://www.rudderstack.com/blog/customer-360-use-cases/ (last visited Jul 10, 2025).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

64.    The following people are excluded from the Class: (1) any Judge presiding over this action and members of her or her family; (2) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest (including current and former employees, officers, or directors); (3) persons who properly execute and file a timely request for exclusion from the Class; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel; and (6) the legal representatives, successors, and assigns of any such excluded persons.

65.    **Numerosity:** The number of persons within the Class is substantial and believed to amount to thousands, if not millions of persons.  It is, therefore, impractical to join each member of the Class as a named plaintiff.  Further, the size and relatively modest value of the claims of the individual members of the Class render joinder impractical.  Accordingly, utilization of the class action mechanism is the most economically feasible means of determining and adjudicating the merits of this litigation.  Moreover, the Class is ascertainable and identifiable from Defendant's records.

66.    **Commonality and Predominance:** There are well-defined common questions of fact and law that exist as to all members of the Class and that predominate over any questions affecting only individual members of the Class.  These common legal and factual questions, which do not vary between members of the Class, and which may be determined without reference to the individual circumstances of any Class member, include, but are not limited to, the following:

(a)    whether Defendant violated CIPA §§ 631 and 632;

(b)    whether Defendant sought or obtained prior consent—express or otherwise—from Plaintiff and the Class; and

(c)    whether Plaintiff and members of the Class are entitled to damages, reasonable attorneys' fees, pre-judgment interest and costs of this suit.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

67. **Typicality:** The claims of the named Plaintiff are typical of the claims of the Class because the named Plaintiff, like all other members of the Class members, downloaded and used FatSecret's mobile application and had his PII, Sensitive Data, and Health Information read, learned, analyzed, and/or examined by the Third Parties.

68. **Adequate Representation:** Plaintiff is an adequate representative of the Class because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously. The interests of members of the Class will be fairly and adequately protected by Plaintiff and his counsel.

69. **Superiority:** The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of members of the Class. Each individual member of the Class may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendant's liability. Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex legal and factual issues of this case. Individualized litigation also presents a potential for inconsistent or contradictory judgments. In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendant's liability. Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

**CAUSES OF ACTION**

**COUNT I**
**Violation Of The California Invasion Of Privacy Act,**
**Cal. Penal Code § 631(a)**
**(On Behalf Of The Class)**

70. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

28
CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

71. Plaintiff brings this claim individually and on behalf of the Class.

72. CIPA § 631(a) imposes liability for "distinct and mutually independent patterns of conduct." *Tavernetti v. Superior Ct.*, 22 Cal. 3d 187, 192-93 (1978).

73. To establish liability under CIPA § 631(a), a plaintiff need only establish that a defendant, "by means of any machine, instrument, contrivance, or in any other manner," does any of the following:

> Intentionally taps, or makes any unauthorized connection, whether physically, electrically, acoustically, inductively or otherwise, with any telegraph or telephone wire, line, cable, or instrument, including the wire, line, cable, or instrument of any internal telephonic communication system,
>
> *Or*
>
> Willfully and without the consent of all parties to the communication, or in any unauthorized manner, reads or attempts to read or learn the contents or meaning of any message, report, or communication while the same is in transit or passing over any wire, line or cable or is being sent from or received at any place within this state,
>
> *Or*
>
> Uses, or attempts to use, in any manner, or for any purpose, or to communicate in any way, any information so obtained,
>
> *Or*
>
> Aids, agrees with, employs, or conspires with any person or persons to unlawfully do, or permit, or cause to be done any of the acts or things mentioned above in this section.

74. The App and Third Party SDKs are each a "machine, instrument, contrivance, or … other manner" used to engage in the prohibited conduct at issue here.

75. Users' PII, Sensitive Data, and Health Information intended only to be shared with Defendant are each "communications".

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

76.    As demonstrated above, Defendant violated the CIPA by aiding and permitting third parties to receive its users' communications, PII, Sensitive Data, and Health Information through the App without their consent.

77.    As a result of the above violations, Defendant is liable to Plaintiff and other Class Members in the amount of, the greater of, $5,000 dollars per violation or three times the amount of actual damages.  Additionally, Cal. Penal Code § 637.2 specifically states that "[it] is not a necessary prerequisite to an action pursuant to this section that the plaintiff has suffered, or be threatened with, actual damages."

78.    Under the statute, Defendant is also liable for reasonable attorney's fees, and other litigation costs, injunctive and declaratory relief, and punitive damages in an amount to be determined by a jury, but sufficient to prevent the same or similar conduct by the Defendant in the future.

## COUNT II
**Violation Of The California Invasion Of Privacy Act,**
**Cal. Penal Code § 632**
**(On Behalf Of The Class)**

79.    Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

80.    Plaintiff brings this claim against Defendant individually and on behalf of the Class.

81.    CIPA § 632(a) prohibits an entity from:

> intentionally and without the consent of all parties to a confidential communication, uses an electronic amplifying or recording device to eavesdrop upon or record the confidential communication, whether the communication is carried on among the parties in the presence of one another or by means of a telegraph, telephone, or other device, except a radio.

82.    The Third Party SDKs, including but not limited to the CleverTap SDK and RudderStack SDK, are "electronic amplifying or recording device[s]" employed by Defendant to enable the Third Parties to record users' data.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

83. Sensitive Data and Health Information shared by Defendant are unquestionably confidential.

84. Specifically, the following pieces of information provided by Plaintiff and Class Members to the App constitute private, protected information: name, email, weight, height, fitness goals, physical activity level, fitness progress, and other information shared with the Third Parties.

85. When communicating with Defendant and using the App, Plaintiff and Class Members had an objectively reasonable expectation of privacy with respect to their PII, Sensitive Data, and Health Information.  Plaintiff and Class Members did not reasonably expect that anyone other than Defendant would be on the other end of confidential communications including their Sensitive Data and Health Information, nor that Defendant would intentionally use an electronic amplifying or recording device to eavesdrop upon and record the confidential communications of Plaintiff and Class Members to share the confidential communications with Third Parties.

86. Further, Plaintiff and Class Members did not reasonably expect that anyone other than Defendant—much less the general public—would be able to know they were using the FatSecret App, nor did they reasonably expect that it would be impossible to keep their weight-loss journey private.

87. Plaintiff and Class Members did not consent to any of the Third Parties' actions, nor to Defendant's sharing of their data with the Third Parties and general public.  Nor have Plaintiff or Class Members consented to the Third Parties' intentional use of an electronic amplifying or recording device to eavesdrop upon and record the confidential communications of Plaintiff and Class Members.

88. Pursuant to Cal. Penal Code § 637.2, Plaintiff and Class Members have been injured by Defendant's violations of CIPA § 632(a), and each seeks statutory damages of $5,000 for each of Defendant's violations of CIPA § 632(a).

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

## COUNT III
### Invasion of Privacy Under California's Constitution
### (On Behalf Of The Class)

89.   Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

90.   Plaintiff brings this claim individually and on behalf of the Class.

91.   Plaintiff and Class Members have an interested in: (1) precluding the dissemination and/or misuse of their sensitive, confidential communications and protected health information; and (2) making personal decisions and/or conducting personal activities without observation, intrusion or interference, including, but not limited to, the right to visit and interact with various internet sites or applications without being subjected to wiretaps without Plaintiff's and Class Members' knowledge or consent.

92.   At all relevant times, by using the Third Party SDKs to record and communicate users' PII, Sensitive Information, and Health Information linked together, Defendant intentionally invaded Plaintiff's and Class Members' privacy rights under the California Constitution.

93.   At all relevant times, by exposing Plaintiff's and Class Members' use of the FatSecret application with the public, Defendant intentionally invaded Plaintiff's and Class Members' privacy rights under the California Constitution.

94.   Plaintiff and Class Members had a reasonable expectation that their communications, identity, weight, and other health information would remain confidential and that Defendant would not install wiretaps such as the CleverTap SDK and the RudderStack SDK in the App.

95.   Plaintiff and Class Members did not authorize Defendant to record and transmit Plaintiff's and Class Members' PII, Sensitive Data, and Health Information linked together to third parties such as CleverTap and RudderStack.

96.   This invasion of privacy is serious in nature, scope, and impact because it relates to users' protected communications requesting or obtaining videos and

32
CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

reading materials.  Moreover, it constituted an egregious breach of the societal norms underlying the privacy right.

97.    Accordingly, Plaintiff and Class Members seek all relief available for invasion of privacy claims under California's Constitution.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

(a) For a determination that this action is a proper class action;

(b) For an order certifying the Class, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

(c) For an order declaring that Defendant's conduct violates the statutes referenced herein;

(d) For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

(e) For an award of compensatory damages, including statutory damages where available, to Plaintiff and Class Members against Defendant for all damages sustained as a result of Defendant's wrongdoing, in an amount to be proven at trial;

(f) For punitive damages, as warranted, in an amount to be determined at trial;

(g) For an order requiring Defendant to disgorge revenues and profits wrongfully obtained;

(h) For prejudgment interest on all amounts awarded;

(i) For injunctive relief as pleaded or as the Court may deem proper;

(j) For an order awarding Plaintiff and Class Members their reasonable attorneys' fees and expenses and costs of suit; and

(k) For an order granting Plaintiff and Class Members such further relief as the Court deems appropriate.

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED

## <u>JURY TRIAL DEMAND</u>

Plaintiff, on behalf of himself and the proposed Class demands a trial by jury on all causes of action and issues so triable.

Dated:  July 18, 2025                    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Julia K. Venditti*

Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

CLASS ACTION COMPLAINT – JURY TRIAL DEMANDED