**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID KAAUWAI,<br><br>                                 Plaintiff,<br><br>     v.<br><br>SECRET INDUSTRIES PTY LTD *dba* FATSECRET,<br><br>                                 Defendant. | Case No. 25-cv-1840-BAS-SBC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 16)** |

Presently before the Court is a joint motion to dismiss with prejudice. (ECF No. 16.) Upon review, the Court **GRANTS** the motion.

The Court directs the Clerk of Court to **TERMINATE** as moot Defendant Secret Industries Pty Ltd's motion to dismiss for forum non conveniens. (ECF No. 14.)

The parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

**DATED: April 15, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv1840